IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ELIE FRANKLIN,**

    Plaintiff,

v.                                   Civil Action No. **3:16CV145**

**ERIC WILSON,**

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this action challenging his conditions of confinement. By Memorandum Order entered on October 11, 2016, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action. Thereafter, by Memorandum Order entered on November 10, 2016, the Court granted Plaintiff an extension of twenty (20) days from the date of entry thereof to file a particularized complaint.

More than twenty (20) days have elapsed since the entry of the November 10, 2016 Memorandum Order. Plaintiff failed to submit a particularized complaint. Instead, on December 21, 2016, Plaintiff submitted a document titled, "REQUEST FOR LEAVE TO FILE CONDITIONAL DISMISSAL." (ECF No. 17.) Plaintiff does not address the Court's directive to file a particularized complaint. Instead, Plaintiff requests "a conditional dismissal pending results of investigation into whether the Bureau [of Prisons] has considered the petitioner [to have] successfully completed the four (4) tier administrative remedy process." (*Id.* at 1.) Because Plaintiff has failed to comply with the Court's directive to file a particularized

complaint or offer any excuse for his failure to do so, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: FEB 21 2017
Richmond, Virginia